# ALABAMA COURT OF CRIMINAL APPEALS



October 11, 2024

**CR-2024-0162**
Dominique Marquez Bush v. State of Alabama Appeal from Jefferson Circuit Court: CC-20-67, CC-20-67.70, and CC-22-149)

# NOTICE

You are hereby notified that on October 11, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk